IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kenyatta Bridges, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 5364 |
| ) | |
| ) | Chief Judge Ruben Castillo |
| J. M. RUMBAUGH #5876, D. L. CALLE ) | |
| #19423, S. T. PIETRZAK #2278, ) | Magistrate Sidney I. Schenkier |
| RAPUNZEL A. WILLIAMS #29829, ) | |
| MOULAY R. ABDULLAH #12068, ) | |
| PATRINA L. WINES #47144, MONIQUE ) | |
| WASHINGTON #1579, UNIDENTIFIED ) | |
| CITY OF CHICAGO POLICE OFFICERS, ) | |
| individually and as Agents of the Chicago ) | |
| Police Department and the City of Chicago, ) | |
| Illinois, CITY OF CHICAGO, ILLINOIS, A ) | |
| Municipal Corporation and Body Politic, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, that Officers Rumbaugh, Calle, Pietrzak, Williams, Abdullah, Wines, and Washington as well as Counts I, II and III of Plaintiff's Second Amended Complaint are dismissed with prejudice.

Respectfully submitted,

*/s/ Michael Jeffrey Greco*  
Michael Jeffrey Greco  
Attorney at Law  
175 W. Jackson Boulevard  
#1600  
Chicago, IL 60604

*/s/ Dana Pesha*  
Dana Pesha, Assistant Corporation Counsel  
30 North LaSalle Street, Suite 900  
Chicago, Illinois 60602  
(312) 744-3982  
Attorney No. 6280861